# UNITED STATES DISTRICT COURT

SCANNED AT MENARD and E-mailed

_1-2-19_ by _PS_ _5 & pages_
date   initials   No.

for the
Southern District of Illinois

Bradley James Cornille ⟩

_____ ⟩   Case Number: _19-2-NJR_
_____ ⟩                    (Clerk's Office will provide)
_____ ⟩

Plaintiff(s)/Petitioner(s) ⟩

v. ⟩   ☒ CIVIL RIGHTS COMPLAINT
⟩   pursuant to 42 U.S.C. §1983 (State Prisoner)
Warden Jacquelin Lashbrook; ⟩   ☐ CIVIL RIGHTS COMPLAINT
C/o Mauie; Unknown mental health ⟩   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
lady 1; Officer west; Officer Finch; ⟩   ☐ CIVIL COMPLAINT
# 1 LT maie unknown; Unknown nurse 1, 2, & 3; ⟩   pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) ⟩   §§1346, 2671-2680, or other law.
Unknown female nurse practitioner; unknown male officer;
unknown # 2 LT maie; counselor Bump; Bradley Rowdowski;

I.   **JURISDICTION** IDOC Director Buldwin; IA Lauer
IA Masterson; IA Reaies; IA LT Spiller;
**Plaintiff:** unknown mental health woman #2; Dr Levin; ms. White
all individually & officially

A.   **Plaintiff's mailing address, register number, and present place of confinement.**

Bradley James Cornille ~
B88097
Menard CC
711 Kaskaskia street; Po box 1000
Menard, IL 62259

**Defendant #1:**

B.   Defendant Jacquelin Lashbrook _____ is employed as
(a)      (Name of First Defendant)

Warden _____
(b)             (Position/Title)

with IDOC Menard CC 711 Kaskaskia Street
(c)        (Employer's Name and Address)

Menard, IL 62259 _____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: Warden of Menard CC

Rev. 7/20/18                                              1

**Defendant #2:**

C.    Defendant _C/o Moore_ is employed as

                        (Name of Second Defendant)

_C/o_

                        (Position/Title)

with _IDOC Menard CC 711 Kaskaskia St_
                        (Employer's Name and Address)

_Menard IL 62259_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: _C/o Correctional officer_

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

_Attached list 2 A - 2E_

Additional Defendants

D Defendant Unknown Mental health lady #1

mental health

IDOC Menard CC 711 Kaskaskia St

Menard, IL 62259

yes

IDOC mental health

E Defendant Officer West

Officer

IDOC Menard CC 711 Kaskaskia St

Menard, IL 62259

Yes

IDOC ~~West~~ Officer

F Defendant Officer Finch

Officer

IDOC Menard CC 711 Kaskaskia St

Menard, IL 62259

Yes

IDOC Officer

G Defendant #1 LT male unknown

LT

IDOC Menard CC 711 Kaskaskia St

Menard IL 62259

yes

IDOC LT

Page 2A

Additional Defendants

H  Defendant Unknown Nurse 1

Nurse

IDOC Menard 711 Kaskaskia St

Menard IL 62259

Yes nurse w/ IDOC

I  Defendant Unknown nurse 2

Nurse

IDOC Menard 711 Kaskaskia St

Menard IL 62259

Yes nurse w/ IDOC

J  Defendant Unknown nurse 3

Nurse

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes nurse w/ IDOC

K  Defendant Unknown female nurse Practioner

Nurse Practioner

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes nurse Practioner w/ IDOC

L  Defendant Unknown male officer

Officer

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes Officer w/ IDOC

Page 2 B

Additional Defendants

M | Defendant Unknown #2 LT male
LT
IDOC Menard 711 Kaskaskia St
Menard, IL 62259
yes LT w/ IDOC

N | Defendant Counselor Bump
Counselor
IDOC Menard 711 Kaskaskia St
Menard, IL 62259
yes Counselor w/ IDOC

O | Defendant Counselor Bradley
Counselor
IDOC Menard 711 Kaskaskia St
Menard, IL 62259
yes Counselor w/ IDOC

P | Defendant Counselor Rowland
Counselor
IDOC Menard 711 Kaskaskia St
Menard IL 62259
yes Counselor w/ IDOC

Q | Defendant IDOC Director Baldwin
Director IDOC
IDOC 1301 Concordia Court
Springfield, IL 62794
yes Director w/ IDOC

2C

Additional defendants

R  Defendant IA Lauer

IA

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes IA w/ IDOC

S  Defendant IA Masterson

IA

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes IA w/ IDOC

T  Defendant IA Reeves

IA

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes IA w/ IDOC

U  Defendant IA LT Spiller

IA LT

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes IA LT w/ IDOC

V  Defendant Unknown mental health women #2

mental health

IDOC Menard 711 Kaskaskia St

Menard, IL 62259

Yes mental health w/ IDOC

2d

Additional defendants

W  Defendant Dr Levin
   Doctor
   IDOC menard 711 Kaskaskia St
   menard, IL 62254
   yes Doctor w/ IDOC

X  Defendant Ms. White
   mental health
   IDOC menard 711 Kaskaskia St
   menard, IL 62254
   yes mental health w/ IDOC

   END.

2E

**II.     PREVIOUS LAWSUITS**

    **A.**     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☒Yes ☐No

    **B.**     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

        **1.**     Parties to previous lawsuits:
            Plaintiff(s): Bradley J Cornille

            Defendant(s): Don Jones et al

        **2.**     Court (if federal court, name of the district; if state court, name of the county): Southern district

        **3.**     Docket number: 18-CV-01496-JPG

        **4.**     Name of Judge to whom case was assigned: Judge Reona J Daly

        **5.**     Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

        **6.**     Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending.

        **7.**     Approximate date of filing lawsuit: August 2018

8.   Approximate date of disposition:  Still Pending

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"  NO

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?                    ☒ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take?
   I filed grievance's & moved through each level.

   2.   What was the result?
   Denied / Unanswered life in grave danger
   EMERGENCY

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                    ☒ Yes   ☐ No

F.   If your answer is YES,
   1.   What steps did you take?
   I wrote kites to mental health, Counselors, warden, IDOC director, etc.

   2.   What was the result? All failed / denied.

G.     If your answer is NO, explain why not.


H.     Attach copies of your request for an administrative remedy and any
       response you received.  If you cannot do so, explain why not

II. Previous Lawsuits Continued.

1. Parties to previous lawsuits:

Plaintiff(s): Bradley J Cornille

Defendant(s): Warden of Pontiac

2. Court: Northern

3. Docket Number: Unknown

4. Name of Judge: Unknown

5. Type of case: Civil Rights

6. Disposition: Withdrew matter resolved

7. App. date of lawsuit: 2012

8. App date of disposition: 2014

9. Was case dismissed frivolous, etc: NO

Page    5A

Page   5 A

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Attached Statement of Claim Page 1 - 6

## Statement Of Claim

August 30, 2018 I was Sentenced to IDOC by Franklin County Illinois Courts. During my Sentencing I was Court ordered to Sexual Abuse Counseling/offender treatment program.

September 04, 2018 I was transfered from the County Jail to IDOC receiving at Menard Correctional Center, While in the front gate a female five day officer from receiving c/o maue came to the front gate to escort me to the receiving unit during the walk to the receiving unit this officer told me "You are Scum. If you stay here long enough these real guys here will rape & Kill you. You would be better off Killing urself when I get you to your cell." When we got to the receiving unit I told mental health (unknown lady) what she said to me & mental health said "that's her normal way with people here on sex charges" I then told mental health I was Court ordered to sexual Abuse Counseling/offender treatment program & need to go to a Prison like Big Muddy where they Offer said program & where I will be safe. Mental health Said " we will do all we can to help ensure you get there I don't see any reason why your not gonna go. I wrote IA went without answer.

September 04, 2018 I was gave a white TA & Put in a cell.

September 04, 2018 - September 20, 2018 every day this female officer worked she always made comments like "Chomo" "Why aint you killed yourself." I wrote IA no answer.

# Statement Of Claim Continued

September 20, 2018 Officer West came to my cell & took my white I.D & gave me a red I.D. When I asked him why he said Counselor says it's because you were a sonovabitch in your first bit. I said that shouldn't be a factor I completed my sentence Paroled out & even got off Parole early after 8 months. Officer West said "I don't fucking care Pack your shit your moving to East house 2 gallery.

September 20, 2018 after only a few hours in East house by 6pm I had already been threatened by over 5 different People due to Officer West & more who moved me from receiving to East house telling the gallery workers I was a "chomo" & related to officers here. So gallery workers & other inmates started threatened to rape & kill me. I tried to tell officer Finch who was on the gallery I need PC because of whats going on. he said "owell you can die" I told the #1 LT (Unknown) male as well & he told me "Your gonna die slow & Painful then" I then got a chance of a Phone being brought to my door so I called the PREA # & made a report. Around 10pm due to the severe stress of a gallery worker who came to my door & said the tattoo on my hand ensured I would die by the end of tomorrow. A few min's later due to severe stress I had a Panic attack which led to an asthma attack & I collapsed & ended with medical wheeling me out to medical unit. At medical unit I was given breathing treatments & steriod shots. Unknown Nurse 1, Unknown Nurse 2, Unknown Nurse 3 were told by me

# Statement Of Claim Continued

The threats gallery workers had made about me being a chomo, family of officers at Menard Correctional Center, and my tattoo & even about what officers West, Moue, & Finch had said & done as well as LT male unknown. All 3 unknown nurses said "It's not our problem" An once I was doing a little better I was wheeled back to my cell in East House around 12:30 am.

September 21, 2018 I was called from my cell by female nurse practioner unknown. She observed me in a highly aggitated, stressful state, & even feared the panic attack that was coming on again. So she gave/helped me breathe in a bag & calm down. I explained every thing that had happened since I had arrived at Menard correctional center from officers, LT's, nurses, gallery workers, & other inmates. She helped me by giving me a PC check in form. Then officers return me to my cell where I fill out the form & turn it in to UNknown male officer who then brings an UNknown male LT. #2 The unknown male LT had a new form & my old one in his hands. The unknown male LT says "You can't write this shit about officers, their ways of doing shit. He takes his ink pen & marks out most of my old form & says "what's left is what I want you to write on this new form or your chomo ass can fuck off & die in this cell." So I wrote what I was told & hand him both forms. On said form was a KSF I told them I had at this prison. Then this unknown male LT walked me to NL 2 gallery for PC Intake.

September 21, 2018 through current I wrote counselors, mental health

Page 3

Statement Of Claim Continued.

Blume, Bradley, & Rowdakwld as well as Warden Jacquelin Lashbrook, IDOC Director Baldwin, IA at Menard Correctional Center Lauer, Masterson, Reeves, & Spiller IA LT all to no avail even Springfield IA no one has done anything to help protect me. I explained to each of these people. my life is in grave danger here at Menard Correctional Center even in PC because I have family who works at this prison & what those officers have done to some of these inmates makes me prime target. I also explained I was born & raised in Evansville, IN about 20 min's from Menard Correctional Center, my charges & the fact I am court ordered to be in sexual abuse counseling offender treatment Program & how being in a prison with people with similar charges & not where my family works my life would not be in grave danger, yet no one has helped me. Between September 24, 2018 & October 04, 2018 Warden Jacquelin Lashbrook signed the PC form & denied me PC. I grieved.

October 23, 2018 I saw the ARB for my grieving the fact I was denied PC. While there I told her everything about officers, LT, inmates, nurses etc even me being court ordered to take offender courses & she on 10/29/18 approved me for PC. I even told them about the unconstitutional double celling here in the North Lowers & how small the cells are & my need to go to Big Muddy Correctional center. I have been forced to stay at a prison where my life is in grave danger & offers no rehabilitive course, & I

Page 4

## Statement Of Claim Continued

am forced to live under atypical & significant hardship in PC that the cell is entirely to small for 2 people, where if I would of Been sent to Big Muddy CC I wouldn't need PC & I would have a normal legal size cell & get rehabilitive programs to better my life, that are Even court ordered. Here at Menard CC in PC we spend most days in our cell 23 hours a day & hardly even walk to Chow.

   December 03, 18 Court writ to Franklin County while there Judge reordered me to Part take in the 10 page case plan from DCFS & LSSI exhibit A when I got back to Menard CC I saw unknown Mental health women #2 told her I need transfered to Big muddy so I can do the offender courses etc. that Judge had reordered me to do. An told her every week y'all tour our gallery I've been telling you I need these things since 09/21/18 when you tour the gallery. She tells me "maybe one day we will send you but not anytime soon"

   December 07, 2018 I wrote Dr Levin head of mental health telling her about the Court order & Pleading for her help to get transfered to Big muddy. She did not answer

   December 21, 2018 Mental health tech Ms. white came & talked to me concerning the letter I wrote to Dr Levin an the Court ordered treatment, transfer to Big muddy, & the Cramped stressful (both mental & physical) due to living Conditions at Menard CC especially in our tiny

Statement Of Claim Continued.
Cells in North Lowers. Ms. White told me She had
a meeting with Dr Levin at 11am today & she would
see what they could due. & that She would see me again
on December 26,18. She never showed up.
    December 17, 2018 Counselor Rowdawild. toured
the gallery. I told her about the Court order & the
need to be transfered to Big muddy to get these
services. She blew up & said "I don't care about
no court order & if the Judge don't like it he can
remand you & send you to these Classes from there"
Grievance filed exhibit B 12/17/18.
    October 12,18 grievance filed exhibit C Pleading for
rehabilitative Services
    October 17,18 grievance filed exhibit D Pleading safety
& Prison Placement issues
    November 05,18 grievance filed exhibit E Pleading mental
health issue due to Cell size.
    November 11,18 grievance filed exhibit F Pleading Cell
Status/size
    November 11,18 grievance filed exhibit G Pleading PC
group Shower issues
    ~~November~~ December 27,18 grievance filed exhibit H Pleading cell
size Cruel & unushal Punishment.
    November 28,18 Affidavit exhibit I Pleading for help
December 31,18 grievance filed exhibit J Emergency

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

1) Declaration that the acts & omissions discribed herein violated Plaintiffs rights
2) Temporary restraining order issued
3) A Preliminary & permenent Injunction order ordering defendants to
4) And additional relrec this court deems Just, Proper, & equitable transfer Plaintiff to Big muddy Correctional center
5) Cost of filing

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: **01/02/19**
(date)

Signature of Plaintiff: *Bradley James Cornille*

Street Address: 711 Kaskaskia St. Po box 1000

Printed Name: Bradley James Cornille

City, State, Zip: Menard, IL 62259

Prisoner Register Number: B88097

_____
Signature of Attorney (if any)

Rev. 7/20/18                    7

# United States District Court

## For The Southern District Of Illinois

Bradley J Cornille

Plaintiff

 vs                          Case No.

Lashbrook et al

Defendant (s)

### Declaration In Support Of Plaintiff's Motion For A Temporary Restraining Order & Preliminary Injunction

Bradley James Cornille States:

1  I am the Plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order & a preliminary injunction to ensure that I will be safe that my life no longer be in jeopardy & receive required rehabilitative services. That I would greatly benefit from a transfer to IDOC prison Big Muddy Correctional center where I would be safe not need PC, be able to take courses as court order & life a some what safe environment around other inmates with similar charges & not in a prison where my family works & has made alot of enemies. I fear for my life ~~every second of every day here at menard correctional center~~ I fear I will be raped & or Killed, leading to immediate & irreplacable injury, loss, & damages. I don't want to die. As of Today I am sending copies of my declaration, order to show cause & TRO to defendants. I declare under penalty of perjury that the foregoing is true & correct. Executed at Menard Il on January 02, 2019

/s/ Bradley James Cornille   P/ Bradley James Cornille

United States District Court
For The Southern District Of Illinois

Bradley Carnile,

Plaintiff

vs                                    Case No. _____

Lashbrook et al

Defendant(s)

Order To Show Cause & Temporary Restraining
Order & Preliminary Injunction

Upon the supporting declaration of the Plaintiff
& the memorandum of law submitted herewith, it is:

Ordered that defendants

Show cause in room Of the United States Courthouse,
Southern District Of Illinois, 750 Missouri Avenue,
East St. Louis, Il 62201 on the day of
20 ____ @ ____ O'clock, why a preliminary injunction
Should not issue Pursuant to Rule 65(a), Fed. R. Civ. P.,
enjoining the said defendants, their successors in
office, agents, & employees & all other persons acting
in concern & participation with them, to Provide a
a institutional transfer to Big Muddy Correctional
Center ~~or~~ ~~~~~~~~~~ where Plaintiff will be safe.

It Is Further Ordered that effective immediately
& pending the hearing & determination of this matter,
defendants shall arrange for the Plaintiff to be
on institutional transfer to Big Muddy CC ~~~~~~~~
~~~~~~~~ so he can get started on the rehabilitative

Page 1 of 2

Courses he has been Court ordered to attend, & will remove him from the cramped cell & near 23 hour per day lock in at Menard CC

It IS Further Ordered that this order to Show cause, & all other papers attached to this application, shall be served on defendants by _____ 20__ & the United States Marshals service is hereby directed to effectuate such service.

_____    _____
(Date)                     United States District Judge

Page 2 of 2

United States District Court

For The Southern District Of Illinois

Bradley Cornille

Plaintiff

VS                          Case No.

Lashbrook et al

Defendant(s)

Memorandum Of Law

Farmer v. Brennan, 511 US. 825, 833, 114 S.ct. 1970 (1994)
Prison officals must take reasonable measures to protect
Prisoners from assault by other inmates, including sexual assault.

Gregory Turley v. Jaqueline Lashbrook No-08-07-520
Concerning cells in North uppers/lowers at menard. CC

In light of this & due to the grave danger to my
life there is no justifiable reason to deny me a
transfer to Big muddy CC espically with Court orders
standing for Programs, Courses etc.

Also seek waiver of security on Preliminary
Injunction & TRO due to in forma Pauperis.

/S/ Bradley James Cornille    /D/ January 02, 2019

Bradley James Cornille

## ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES
## FAMILY SERVICE PLAN

**Service Plan Face Sheet:**  March / September          **Plan Date:**  09/09/2018

**Family Case Name:**  Cornille, Natasha

**SACWIS Case ID:**  1046505                              **CYCIS ID:**  A2551800

**Worker Name:**  HOLDER, DEVIN                           **Plan Type:**  Subsequent

**Worker RSF:**  5A HF                                    **Agency:**  LSSI

**Plan Approved By:**  ROSSIN, EVE                        **Approved Date:**  09/10/2018

**Family's Primary Language:**  English

**Mode Of Communication:**  Verbal

**Hispanic Language Determination Form Completed?**  Yes

**Intact Family?**  No

**Absent Effective Preventive Services, Is Foster Care The Planned Living Arrangement?**  Yes

**Service Plan**

# ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES

## CAREGIVER SUBJECTS OF PLAN

| Caregiver's Name | Birth Date | Race/Ethnicity: |
|---|---|---|
| Cornille, Bradley | 12/26/1991 | White / Not Hispanic |

### Desired Outcomes And Action Steps

**Desired Outcome (Supporting The Permanency Plan):**
Bradley will participate in a parenting education program to learn appropriate parenting skills, in order to provide support and well-being to children.

**Date Established:** 05/02/2018          **Planned Achievement Date:** 05/02/2019

**Support That Strengths Provide For The Family/Individual:**
Bradley is willing to comply with services.

**Identified Needs:**
- Case Recommendation  - Parenting

**Additional Plan(s) Met By This Outcome:**

| Action Steps Leading To / Supporting The Desired Outcome | Progress Dates |
|---|---|
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agree to maintain current release of information between parent educator and LSSI.<br><br>**Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to demonstrate what is learned in parenting on an ongoing basis with his children . | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019 |

Service Plan                                                                                                    Page 3 of 10

| Evaluation Of Action Step Progress   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. | **Actual Completion Date:**<br><br><br>**Evaluation Date:**<br>09/09/2018 |
|---|---|
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to comply with a parenting assessment and follow all recommendations made by educator.<br><br>**Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br><br>**Evaluation Date:**<br>09/09/2018 |

**Evaluation of Outcome Progress**   (HOLDER, DEVIN) :
Unsatisfactory Progress / Maintain Outcome

**Evaluation Date:**  09/09/2018

**Evaluation Narrative:**
Mr. Cornille is currently not engaged in services and is currently incarcerated.

**Desired Outcome (Supporting The Permanency Plan):**
Through consistent and appropriate visitation, parents will maintain a positive relationship with their children during placement outside of the home to work towards reunification.

**Date Established:** 05/02/2018          **Planned Achievement Date:** 05/02/2019

**Support That Strengths Provide For The Family/Individual:**
Bradley agrees to comply with services.

**Identified Needs:**
- Case Recommendation  - Visitation

**Additional Plan(s) Met By This Outcome:**

| Action Steps Leading To / Supporting The Desired Outcome | Progress Dates |
|---|---|
| **Who:** | **Start Date:** |

**Service Plan**

| | |
|---|---|
| Bradley | 05/02/2018 |
| **Needs To Do What:**<br>Agrees to participate in weekly visits in order to maintain regular contact with children. | **Target Completion Date:**<br>05/02/2019 |
| **Evaluation Of Action Step Progress** (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions | **Actual Completion Date:** |
| **Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley | **Start Date:**<br>05/02/2018 |
| **Needs To Do What:**<br>Agrees to cooperate with service providers who are supervising and documenting visits in order to make visits as successful as possible. | **Target Completion Date:**<br>05/02/2019 |
| **Evaluation Of Action Step Progress** (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions | **Actual Completion Date:** |
| **Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley | **Start Date:**<br>05/02/2018 |
| **Needs To Do What:**<br>Agrees to demonstrate appropriate parenting skills including supervision, discipline, and nurturance during visitation in order to facilitate improved relationships with his children. | **Target Completion Date:**<br>05/02/2019 |
| **Evaluation Of Action Step Progress** (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions | **Actual Completion Date:** |
| **Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Evaluation Date:**<br>09/09/2018 |

**Evaluation of Outcome Progress** (HOLDER, DEVIN) :
Unsatisfactory Progress / Maintain Outcome

**Evaluation Date:** 09/09/2018

**Evaluation Narrative:**
Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time.

**Desired Outcome (Supporting The Permanency Plan):**
    Bradley will complete the sexual risk assessment and follow all recommendations made by the assessment.

**Date Established:** 05/02/2018          **Planned Achievement Date:** 05/02/2019

**Support That Strengths Provide For The Family/Individual:**
    Agrees to comply with services.

**Identified Needs:**

- Case Recommendation  - Sexual Abuse Risk Assessment

**Additional Plan(s) Met By This Outcome:**

| Action Steps Leading To / Supporting The Desired Outcome | Progress Dates |
|---|---|
| **Who:**<br>    Bradley<br><br>**Needs To Do What:**<br>    Agrees to fully participate in an assessment/evaluation in order to determine level of service required to address the sexual abuse.<br><br>**Evaluation Of Action Step Progress   (HOLDER, DEVIN):**<br>    Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>    Mr. Cornille is currently not engaged in services and is currently incarcerated. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>    Bradley<br><br>**Needs To Do What:**<br>    Agrees to cooperate with any recommendations made as a result of the assessment. Treatment may include individual/group/marital/family counseling in order to address the conditions which led to DCFS involvement.<br><br>**Evaluation Of Action Step Progress   (HOLDER, DEVIN):**<br>    Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>    Mr. Cornille is currently not engaged in services and is currently incarcerated. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>    Bradley<br><br>**Needs To Do What:** | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:** |

| | |
|---|---|
| Agrees to provide current consents for release of information between LSSI and service provider. | 05/02/2019 |
| **Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions | **Actual Completion Date:** |
| **Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated.. | **Evaluation Date:**<br>09/09/2018 |

**Evaluation of Outcome Progress**  (HOLDER, DEVIN) :
Unsatisfactory Progress / Maintain Outcome

**Evaluation Date:** 09/09/2018

**Evaluation Narrative:**
Mr. Cornille is currently not engaged in services and is currently incarcerated.

**Desired Outcome (Supporting The Permanency Plan):**
Bradley will complete the psychological assessment and comply with all recommendations from assessment.

**Date Established:** 05/02/2018          **Planned Achievement Date:** 05/02/2019

**Support That Strengths Provide For The Family/Individual:**
Bradley is willing to comply with services.

**Identified Needs:**
- Case Recommendation  - Psychological Assessment

**Additional Plan(s) Met By This Outcome:**

| Action Steps Leading To / Supporting The Desired Outcome | Progress Dates |
|---|---|
| **Who:**<br>Bradley | **Start Date:**<br>05/02/2018 |
| **Needs To Do What:**<br>Agrees to provide current consents for release of information between LSSI and service provider in order to allow ongoing communication between LSSI and service provider. | **Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:** |
| **Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions | **Evaluation Date:**<br>09/09/2018 |
| **Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently | |

| incarcerated. He is not visiting at this time. | |
|---|---|
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to fully participate in an assessment/evaluation with service provider.<br><br>**Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Bradley agrees to cooperate with any recommendations made as a result of the assessment/evaluation.<br><br>**Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |

**Evaluation of Outcome Progress**   (HOLDER, DEVIN) :
Unsatisfactory Progress / Maintain Outcome

**Evaluation Date:** 09/09/2018

**Evaluation Narrative:**
Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time.

**Desired Outcome (Supporting The Permanency Plan):**
Will achieve an appropriate level of understanding of mental illness and how this affects parenting and relationships.

**Date Established:** 05/02/2018        **Planned Achievement Date:** 05/02/2019

**Support That Strengths Provide For The Family/Individual:**
Bradley agrees to comply with services.

**Identified Needs:**

Case Recommendation  - Mental Health Counseling

**Additional Plan(s) Met By This Outcome:**

| Action Steps Leading To / Supporting The Desired Outcome | Progress Dates |
|---|---|
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to demonstrate progress and benefit from treatment as evidenced by maintaining a period of for a period of time in order to address the conditions which led to DCFS involvement.<br><br>**Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to demonstrate progress in counseling by full communication with counselor in order to address the conditions which led to DCFS involvement.<br><br>**Evaluation Of Action Step Progress**   (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |

**Evaluation of Outcome Progress**   (HOLDER, DEVIN) :
Unsatisfactory Progress / Maintain Outcome

**Evaluation Date:** 09/09/2018

**Evaluation Narrative:**
Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time.

**Desired Outcome (Supporting The Permanency Plan):**
Will achieve an appropriate level of understanding of the sexual abuse and will acquire new methods of interacting with Mason which will prohibit any ongoing abuse to him in order to protect Mason

from further sexual abuse.

**Date Established:** 05/02/2018          **Planned Achievement Date:** 05/02/2019

**Support That Strengths Provide For The Family/Individual:**
Bradley agrees to comply with services.

**Identified Needs:**

- Case Recommendation  - Sexual Abuse Counesling

**Additional Plan(s) Met By This Outcome:**

| Action Steps Leading To / Supporting The Desired Outcome | Progress Dates |
|---|---|
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to not discontinue participation in the counseling without LSSI approval in order to receive maximum benefit of services.<br>**Evaluation Of Action Step Progress** (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to provide current consents for release of information between LSSI and service provider.<br>**Evaluation Of Action Step Progress** (HOLDER, DEVIN):<br>Unsatisfactory Progress / Maintain Interventions<br><br>**Evaluation Narrative:**<br>Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:**<br><br>**Evaluation Date:**<br>09/09/2018 |
| **Who:**<br>Bradley<br><br>**Needs To Do What:**<br>Agrees to demonstrate progress on the issue of child sexual abuse by addressing the following issues : Accept responsibility for the abuse. Demonstrate knowledge and understanding of the effects of sexual abuse on victim, family, and self. | **Start Date:**<br>05/02/2018<br><br>**Target Completion Date:**<br>05/02/2019<br><br>**Actual Completion Date:** |

| Evaluation Of Action Step Progress   (HOLDER, DEVIN): | Evaluation Date: |
|---|---|
| Unsatisfactory Progress / Maintain Interventions | 09/09/2018 |
| **Evaluation Narrative:** | |
| Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time. | |

**Evaluation of Outcome Progress   (HOLDER, DEVIN) :**
Unsatisfactory Progress / Maintain Outcome

**Evaluation Date:  09/09/2018**

**Evaluation Narrative:**
Mr. Cornille is currently not engaged in services and is currently incarcerated. He is not visiting at this time.

Print    Cancel

Click Here to return to the top of the page.

Exhibit B

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Housing Unit N|L3-2  Bed #: _____

| Date: 12/17/18 | Offender: (Please Print) Bradley J comille sr | ID#: B88097 |

Present Facility: menard   Facility where grievance issue occurred: Menard

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☒ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Other (specify):

☐ Disciplinary Report: ___/___/___   Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance: On Dec 11, 2018 Counselor Randusaid was tauring the grevences tried to explain that in court on Dec 3, 2018 Judge stanley of Franklin County ordered that I be apart of certin classes cancer, etc effective immediatly & Counselor Randusaid said "I don't care abut no court order & if the Judge don't like it he can remand you & send you to these Classes from there". You have a Person who wants to better their life why wont you help them to do so?

Relief Requested: Transfer me to brg muddy correctional center so I can better my life Please

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance.

Bradddey James Comille sr.   B88097   12/17/18

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Distribution: Master File; Offender   Page 1   DOC 0046 (1/2118)

301 10 18
Grievance #

Exhibit C

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Housing Unit: N4L2-42

| | |
|---|---|
| Date: 10/12/18 | Offender: (Please Print) Cornille, Bradley J   ID#: B88097 |
| Present Facility: Menard | Facility where grievance Issue occurred: Menard |

**NATURE OF GRIEVANCE:**

☐ Personal Property       ☐ Mail Handling          ☐ Restoration of Good Time      ☒ ADA Disability Accommodation
☐ Staff Conduct           ☐ Dietary                ☐ Medical Treatment            ☐ HIPAA
☐ Transfer Denial by Facility ☐ Other (specify):

☐ Disciplinary Report: ____/____/____
                        Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
• Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from
  another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):
For the last 4yrs before I returned to Prison my drug addiction took over my life around 3 4yrs ago + significantly limited/ended major parts of my day to day life it disabled me. I came to prison on 9/4/18 + should have been sent to a prison that gave me drug treatment + rehab/schooling to rehibiliate me + fixed the problems w/drugs. I use to let drugs control me, eating, sleeping, daily hygine that lacked to care for myself I couldn't live w/o drugs. I need treatment to fix my life + be rehibiliated + from prison I

Relief Requested: Transfer me to a prison that will give me drug treatment + chances to better myself unlike my e 1st Prison term when they let me fall through the cracks

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance.

Bradley James Cornille        B88097        10·12·18
     Offender's Signature               ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date
Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                     Administrative Review Board, P.O. Box 19277,
                                                                     Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____        _____        _____
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date
Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                ☐ No; an emergency is not substantiated.
                                                                                Offender should submit this grievance
                                                                                in the normal manner.

_____                    _____
Chief Administrative Officer's Signature                      Date

Distribution: Master File; Offender          Page 1          DOC 0046 (1/2016)

Printed on Recycled Paper

RECEIVED
NOV 03 2018

Exhibit D

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

RECEIVED

| Date: 10/17/18 | Offender: (Please Print) B.J. Cornille | S/OCT 25 2018 | IDOC#: B28097 |

Housing Unit: N11-242   Bed #:

| Present Facility: Menard | Facility where grievance issue occurred: Menard |

500-10-18

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☑ Other (specify): Prison Placement Issues

☐ Disciplinary Report: ____/____/____
Date of Report    Facility where issued

RECEIVED
MENARD CC

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance:** I have wrote IA stone by IA & talk then I was born/raised in Evansville IL Just a few miles from this prison my actual father is Carl Kempfer tiny mother was Christina Eggemyer I do not feel safe in this prison. PP1 I grew up w/ & that are family through my fathers side works here. I shouldn't even be in a max prison I only have 13½ years to searve & I'm suppose to take classes & drug treatment etc. DL

**Relief Requested:** Transfer me to a prison like Big muddy or something so I can get drug treatment & classes & be safe. I fear for my life here.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance

B.J. Cornille DZ          B28097    10/17/18
Offender's Signature                ID#         Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 11/7/18   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: PREVIOUSLY ADDRESSED IN GRIEVANCE # 301-10-18.1

T.BRADLIT   cc II    T.Bradlt cc II   11/8/18
Print Counselor's Name      Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: 10/26/18   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

10/26/18
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (1/2018)

Exhibit E

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## COMMITTED PERSON'S GRIEVANCE

| Date: 11/05/16 | Committed Person: (Please Print) Bradley James Camillest | ID#: B88097 |
|---|---|---|

| Present Facility: Menard | Facility where grievance issue occurred: Menard |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☒ Other (specify): health issues

☐ Disciplinary Report: ____/____/____  _____
                        Date of Report   Facility where issued

Note:  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** You force 2 ppl in to a 5x10 cell with no room to move so so so most of which is taken up by a built toilet. A toilet & note that is right by the bed. When your cellie goes to use the bathroom you got to move from one end of bed to another & at that both inmates can't move around at one time. We hardly run to clean we spend a majority of our time locked in our cell. It is diminutive to our mental health & sanitation & leads to sexual mental strain & stress. Emergency for that reason. According to Rhodes V. Chapman

**Relief Requested:** If you have no bigger cells then single cell status etc. Plz & ty.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bradley James Camille Jr     B88097     11 05 2018
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | |
|---|---|

| Date Received: ____/____/____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| EMERGENCY REVIEW | |
|---|---|

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | Date |
|---|---|

Exhibit F

Housing Unit: N1L 2-30 Bed #: ____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 11/1/18 | Offender: (Please Print) Bradley James Cornille Sr | IDR#: B89097 |
|---|---|---|

Present Facility: Menard

Facility where grievance issue occurred: Menard

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☒ Other (specify): Cell Status / Size

☐ Disciplinary Report: ___/___/___
                        Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): According to - Nami V. Fauver, 92 F 3d 63, 65-66 (2d cir 1996)
Chief "double-celling combined w/ limited movement & rec are"
unconstitutional"; Balla V. Idaho State Bd. Of Corrections, 595 F supp.
1558, 1575 (D. Idaho 1984) we are in a 5x6 cell where we
have to turn side ways just to get beside the bed, the toilet is
right on top of the bed less then 1 1/2 f, poor ventalation, no jobs,
no educational programs, no rehabilitative programs.

Relief Requested: Single cell where I will be able to move w/o
triping over a cell mate.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance.

Bradley James Cornille Jr.                B89097              11 / 11 / 2018
Offender's Signature                         IDR#                        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes: expedite emergency grievance
☐ No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

Exhibit G

Housing Unit N1 2-30  Bed #: ____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 11/11/18 | Offender: (Please Print) Bradley James Corvine Sr | ID#: B88097 |

Present Facility: Menard | Facility where grievance issue occurred: Menard

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): PC Shower Issues.
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Emergency due to Substantial risk of Imminent Personal injury, In our mass Showers here in PC there is So many ugh Sexual Situations that I Fear I will be attacked leading to Serious risk of personal injury to myself. BC According to Farmer v. Brennan, 511 U.S. 825, 833, 114 S. Ct. 1970(1994) "Prison officials must take reasonable measures to protect prisoners from assault by other inmates, including Sexual assault. BC

Relief Requested: Single Showers Permently.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Bradley James Corville Sr _____ B88097 _____ 11/11/2018
Offender's Signature _____ ID# _____ Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____  Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date

Distribution: Master File; Offender _____ Page 1 _____ DOC 0046 (4/2018)

Printed on Recycled Paper

Housing Unit: NJ 22   Bed #: _____

Exhibit H

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 12/27/18 | Offender: (Please Print) Bradley J Cornille Sr | IDR: B88697 |
| Present Facility: menard | Facility where grievance issue occurred: menard |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Cruel & unlawful punishment cell's
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA

☐ Disciplinary Report: ____/____/____   Date of Report   Facility where issued

*Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.*

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Emergency due to serious risk of well being & mental distress these cells are too small & in Congmay Turvey V. Inglewisine & Lathbrook No 08-67-SCW the courts agreed & ordered injunction it is causing serious strain & stress I C bor't handle it.

_____

_____

_____

_____

Relief Requested: Single status or transfer me

_____

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

| Cornille Sr   Offender's Signature | B88697   ID# | 12/27/18   Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   ____/____/____   Date

Distribution: Master File; Offender   Page 1   DOC 0046 (1/2018)

Exhibit J

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Housing Unit: NL-2-2   Bed #:

| | | |
|---|---|---|
| Date: 12/31/18 | Offender: (Please Print) Bradley J Camille sr | IDOC #: B88097 |
| Present Facility: Menard | Facility where grievance issue occurred: Menard | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify) Life in grave danger
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report _____/_____/_____   Facility where issued

Date of Report

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): My life is in grave danger @ Menard CC. I have family members on my dad's side of the family (Carl Kempfer) that work in this prison. Inmates have learned & Known this since I 1st got here & it has been following me ever since. I have been threatened many many times from beatings, to rapes, to stabbing me to death. It has followed me from the R&C unit to East House to NL. I am not safe in this prison. Officer Kempfer (a great officer btw) who has done nothing wrong keeps having inmate's who blame him for everything here on NL 2 gallery & I fear these inmates are going to try & Start attacking me because they Know

Relief Requested: Transfer me to Big Muddy CC So I can par take in my Court ordered rehibilitive courses & not get Killed here @ Menard CC.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

Bradley Jones Camille Sr.          B88097        12/31/18
Offender's Signature                  IDOC #          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____/_____/_____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____/_____/_____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

Printed on Recycled Paper

Housing Unit: NL 2-2   Bed #: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

my dad's last name is Kempfer. I fear for my life & my safety here @ menard CC, not just in NL but everywhere R/C, East, West, N2, NU, etc. I am not safe even in PC I am not safe. I need transfered & I need to go to a prison like Big muddy CC for/where I can par take in my court ordered renibilitive Courses So I can better my life & go home & not get killed in/@ menard CC. My very life can be taken by these people at any minute. please help Protect me.

Exhibit I

**STATE OF ILLINOIS** )
) SS
**COUNTY OF** Randolph )

## AFFIDAVIT

I, Bradley James Cornille being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: I have tryed to work

with Warden J. Lashbrook, IA Lauer, IA Reeves, IA Lt. Spiller, & even the director about my safety here in Menard Correctional center all to no true avail espically with my request for KSF on a number of inmate an all IA Lauer can tell me about a KSF is that it's useless it only keeps them 10 cells from you, you still go to showers, yards, gyms, etc with the same people you claim as an enemy so how it possible for me to be safe? I have told my family of all of these short comings with this prison & if I get hurt they are prepared to take action full press release's, social media, & etc. Even about how IDOC can't & wont even fufill their own mission statement. IDOC's mission statement is: "To serve justice in Illinois & increase public safety by promoting positive change in offender behavior, operating successful reentry programs, & reducing victimization." where is the promoting positive change for me? where is my rehabilitation? what locking me in a cell 24 hours a day? BC

BC
BC                    BC
BC                          BC

Subscribed and sworn to
before me on the 28 day
of _____ Nov _____, 2018

Respectfully submitted,

Bradley J Cornille

NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA B. STEWART
Notary Public - State of Illinois
My Commission Expires 1/03/2022



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

**ELECTRONIC FILING COVER SHEET**

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

_Cornille_                      _B88097_
Name                             ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          (Yes) or No

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?      Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:  _____

3.  Should this document be filed in a pending case?              Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:          _56_

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| 1983 Civil Complaint | 19 |
| Mot IFP | 13 |
| Declaration In Support | 3 |
| Memo of Law | 21 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.